IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:09-CR-514-TWT |
| TOMAS CISNEROS, | |
| Defendant. | |

### ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 40] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 32]. The Defendant's Objections are without merit. The Defendant did not receive ineffective assistance of counsel. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 32] is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this 6 day of November, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge